# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| LASHAWN LAMONT JOHNSON, | Case No. 2:20-cv-99 |
| *Plaintiff*, | |
| v. | Judge Travis R. McDonough |
| SGT. MCGINNIS, C.O. HARRIS, and C.O. TIPTON, | Magistrate Judge Cynthia R. Wyrick |
| *Defendants*. | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered herewith, Defendants' motions for summary judgment (Doc. 62, 64, 66) are **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the case.

Because the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
/s/ *LeAnna R. Wilson*
CLERK OF COURT